**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

BROWN INDUSTRIAL CONSTRUCTION, LLC

CIVIL ACTION

VERSUS

22-628-SDD-RLB

AGGREGATE TECHNOLOGIES, INC.

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated May 22, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is DENIED.

Signed in Baton Rouge, Louisiana, on this __20th__ day of June, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 19.
[3] Rec. Doc. 10.